Kathryn Tassinari, OSB# 80115
Mark A. Manning, OSB# 00311
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DORA L. ROSDAHL, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner, Social Security )<br>Administration , )<br>)<br>Defendant. )<br>_____) | Civil No. X06-6285-HA<br><br>ORDER FOR PAYMENT OF ATTORNEY<br>FEES AND LEGAL ASSISTANT FEES<br>PURSUANT TO EAJA |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney fees in the amount of $2,660.65 and legal assistant fees in the amount of $1,584.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $4,244.65 as full settlement of any and all claims for attorney and legal assistant fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this __27__ day of __August__, 2007.

_____
U.S. District Judge

PRESENTED BY:

By:   s/ Kathryn Tassinari
      Kathryn Tassinari, OSB #80115
      Harder, Wells, Baron & Manning, P.C.
      Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES & LEGAL ASSISTANT FEES PURSUANT TO EAJA